UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERTO RAMOS, aka<br>LAMBERTO GARCIA RAMOS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>C. NOLL (Acting Warden),<br><br>　　　　　Respondent.<br>_____ | ) Case No. CV 09-6580-R(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　　IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 22, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&Rs\09-6580.jud
10/4/10